# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 40 WM 2015
EX REL., ANCELL EUGENE HAMM, :
:
             Petitioner :
:
:
:
        v. :
:
:
BRIAN V. COLEMAN, GAOLER, :
:
           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Motion to Issue the Requested Relief are **DENIED**.